UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IGNACIO SOTO, | ) | 1:06-CV-0606 AWI DLB P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) ) | (DOCUMENT #13) |
| D. ADAMS, et al., | ) ) | |
| Defendants. | ) ) ) | |

The above parties have entered into a stipulation filed on June 30, 2006, agreeing that defendants' time to respond or otherwise plead to plaintiff's complaint may be extended to and including July 22, 2006.

IT IS HEREBY ORDERED that defendants are granted to and including July 22, 2006 in which to respond to plaintiff's complaint.

IT IS SO ORDERED.

**Dated:   July 14, 2006**          **/s/ Dennis L. Beck**
3c0hj8                    UNITED STATES MAGISTRATE JUDGE