1
2
3
4
5
6
7
8                  IN THE UNITED STATES DISTRICT COURT FOR THE
9                           EASTERN DISTRICT OF CALIFORNIA
10

| | | |
|---|---|---|
| **IGNACIO SOTO,** | ) | CV F 06-0606  AWI DLB |
| | ) | |
| **Plaintiff,** | ) | ORDER REFERRING MOTION |
| | ) | FOR SUMMARY JUDGMENT TO |
| v. | ) | MAGISTRATE JUDGE |
| | ) | |
| **D. ADAMS, et al.,** | ) | ORDER VACATING AUGUST 27, |
| | ) | 2007 HEARING |
| **Defendants** | ) | |
| _____ | ) | |

   Plaintiff is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is defendants' motion for summary judgment. Given the allegations in this action concern conditions of confinement in state prison and this action is brought under 42 U.S.C. § 1983, the court finds the pending motion should be referred to the Magistrate Judge pursuant to Local Rule 72-302(c)(17).

   Accordingly, it is HEREBY ORDERED that:

   1.   The pending motion for summary judgment is REFERRED to Magistrate Judge Dennis L. Beck to issue Findings and Recommendations pursuant to Local Rule 72-302(c)(17);

   2.   The August 27, 2007 hearing before the undersigned is VACATED; and

3. If, after reviewing the motion, Judge Beck desires a hearing, he will set a new date and time for a hearing and notify the parties. Otherwise, the motion will be taken under submission as of August 27, 2007.

IT IS SO ORDERED.

Dated:   August 15, 2007                             /s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2